

# MANDATE

# Court of Appeals

# First District of Texas

## NO. 01-14-00534-CV

### URELIFT GULF COAST, L.P., Appellant

### V.

### TRAVIS BENNETT, Appellee

Appeal from the 295th District Court of Harris County
(Trial Court Cause No. 2014-01204)

**TO THE 295th DISTRICT COURT OF HARRIS COUNTY, TEXAS, GREETINGS:**

Before this Court, on the 26th day of March, 2015, the unopposed motion to dismiss this appeal was determined. This Court made its order in these words:

> After due consideration, the Court **grants** appellant's unopposed motion to dismiss this appeal. Accordingly, the Court **dismisses** this appeal.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 26, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Higley, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

<u>May 29, 2015</u>

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

